

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-20-00131-CV

Clint Harrison **ELLER,**
Appellant

v.

**DAD P AS NEXT FRIEND TO T.P**. a Minor,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 18-383A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on February 28, 2020. When the notice of appeal was filed, this court notified appellant in writing that our records did not reflect that the filing fee in the amount of $205.00 was paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.

We therefore **ORDER** appellant to show cause in writing **by April 10, 2020** that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See id.* R. 5, 42.3(c) All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court